UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOLPHUS LEROY WRIGHT AND           CIVIL ACTION
SANDRA WRIGHT

VERSUS

BROWN JORDAN INTERNATIONAL,       NO. 10-123-C
INC., ET AL.

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 16, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand (R.Doc.5) filed by the plaintiffs, Dolphus Leroy Wright and Sandra Wright, shall be granted, and this matter will be remanded to the 21th Judicial District Court, Parish of Livingston, for further proceedings.

Baton Rouge, Louisiana, June _11_, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA